# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  )
    **Rae Ann Bower**  )
 )
 )   Case No.
 )
            Debtor(s).  )
 )

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    January 26, 2017                                 /s/ Rae Ann Bower
                                                                                            Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | **Mailing Address:** | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | **Physical Address:** | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100   (Rev. 7/15/14)

```
Rae Ann Bower

Cash Club
6661 Stanford Ranch
Rocklin, CA 95677

Chase
P.O. Box 15298
Wilmington, DE 19850

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Franchise Tax Board
Bankruptcy Section
MS: A-
P.O. Box
Sacramento, CA 95812-2952

Golden 1 Credit Union
Attn: Bankruptcy Department
P.O. Box 15966
Sacramento, CA 95852

Hunt & Henriques
151 Bernal Rd, Suite 8
San Jose, CA 95119-1306

Kaiser Permanente
File 50016
Los Angeles, CA 90074

LVNV Funding
PO Box 10497
Greenville, SC 29603

NetSpend
PO Box 2136
Austin, TX 78768

RC Willey
PO Box 410429
Salt Lake City, UT 84141

Southwestern & Pacific Specialty Finance
7887 Lichen Drive
Citrus Heights, CA 95621

Target National Bank
Attn: Bankruptcy Dept
P.O. Box 673
Minneapolis, MN 55440
```

```
Tidewater Credit Services
6520 Indian River Road
Virginia Beach, VA 23464

USCB America
PO Box 74929
Los Angeles, CA 90004
```