FORM L127　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　17–20504 – D – 7
Notice of Requirement to File a Certification of Completion of Course in Personal Financial Management (Official Form 23)  (v.12.15)

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



**NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE (Official Form 423)**

Case Number:　17–20504 – D – 7

Debtor Name(s) and Address(es):

Rae Ann Bower
235 Earl Avenue
Roseville, CA 95678

Subject to limited exceptions, individual debtors must complete an approved instructional course in personal financial management, after the petition is filed, in order to receive a discharge under chapter 7 (11 U.S.C. §727), chapter 11 (11 U.S.C. §1141(d)(3)), or chapter 13 (11 U.S.C. §1328(g)). This course is required in addition to the credit counseling received pre–filing. A list of approved training agencies is available online at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm.

**NOTICE IS HEREBY GIVEN THAT** Official Form 423, *Certification About a Financial Management Course,* must be filed **with the Clerk of Court at the address shown above,** to obtain a discharge in this case.

**NOTICE IS FURTHER GIVEN THAT** if otherwise ready to be closed, this case may be closed by the Clerk of Court without entry of a discharge if Official Form 423 is not filed within 60 days of the first date set for the meeting of creditors under Bankruptcy Code § 341(a) in a chapter 7 case, no later than the date the last payment is made by the debtor as required by the plan in a chapter 13 case, or no later than the filing of a motion for discharge under Bankruptcy Code § 1141(d)(5)(B) in a chapter 11 case. Once the case is closed without entry of discharge, obtaining a discharge will require the filing of Official Form 423, together with a motion to reopen the case and payment of a reopening fee (currently $260.00 in a chapter 7 case, $1000.00 in a chapter 11 case, and $235.00 in a chapter 13 case).

**Official Form 423 is printed on the reverse of this notice for your convenience.** It is also available under "Official Forms" on the Forms and Publications page of the court's web site (www.caeb.uscourts.gov).

Dated:　1/30/17　　　　　　　　　　　　　　Wayne Blackwelder
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Rae Ann Bower** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court | **Eastern District of California** | | |
| Case number: | 17–20504 | | |

Official Form 423

12/15

# Certification About a Financial Management Course

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

## Part 1: Tell the Court About the Required Course

*You must check one:*

☐ **I completed an approved course in personal financial management:**

    Date I took the course     _____
                                          MM / DD / YYYY

    Name of approved provider     _____

    Certificate number     _____

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ Incapacity.     I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ Disability.     My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ Active duty.     I am currently on active military duty in a military combat zone.

    ☐ Residence.     I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

_____     _____     Date _____
Signature of debtor named on certificate     Printed name of debtor                                          MM / DD / YYYY

Official Form 423                           Certification About a Financial Management Course