UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: Rae Ann Bower,                        Chapter 7
                                           Case No. 17-20504-D-7
            Debtor.

**REQUEST FOR SERVICE OF NOTICES**

The undersigned, under Rule 9010(a)(2), Federal Rules of Bankruptcy Procedure, gives notice that Tidewater Finance Company, t/a Tidewater Motor Credit and/or as Tidewater Credit Services, requests that any notice and or pleading required to be mailed or served under any one or more of Rules 2002, 9013, 9014, 7004, Federal Rules of Bankruptcy Procedure.

By electronic noticing to:     tidewaterlegal@twcs.com

                                 TIDEWATER FINANCE COMPANY

                                 By   */s/ Stacey L. Jones*
                                 Stacey L. Jones, VSB No. 84820
                                 P.O. Box 13306
                                 Chesapeake, VA 23325
                                   Telephone   757-828-5065
                                   Facsimile   757-579-6425

CERTIFICATE OF SERVICE

    I, the undersigned counsel of record for Tidewater Finance Company, hereby certify that on January 31, 2017, copies of the foregoing Request for Service of Notices were served:

Electronically by the Courts ECF System, upon:

Brian L. Coggins, Esquire
9001 Foothills Blvd Suite 110
Roseville, CA 95747

Douglas M. Whatley, Trustee
PO Box 538
Folsom, CA 95763-0538

U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814


                                                                         */s/ Stacey L. Jones*