```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                  Case No. 17-20504-D
Rae Ann Bower                                           Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0972-2         User: admin              Page 1 of 1            Date Rcvd: Mar 01, 2017
                             Form ID: L30             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db             +Rae Ann Bower,    235 Earl Avenue,    Roseville, CA 95678-3215
aty            +Brian L. Coggins,    9001 Foothills Blvd Suite 110,    Roseville, CA 95747-5150
22024919       +Cash Club,    6661 Stanford Ranch,    Rocklin CA 95677-2683
22024920       +Chase,    P O Box 15298,    Wilmington DE 19850-5298
22024922        Franchise Tax Board,    Bankruptcy Section,    MS A-,    P O Box,    Sacramento CA 95812-2952
22024924       +Hunt Henriques,    151 Bernal Rd Suite 8,    San Jose CA 95119-1491
22024925       +Kaiser Permanente,    File 50016,    Los Angeles CA 90074-0001
22024927       +NetSpend,    PO Box 2136,    Austin TX 78768-2136
22024928       +RC Willey,    PO Box 410429,    Salt Lake City UT 84141-0429
22024929       +Southwestern Pacific Specialty Financ,    7887 Lichen Drive,    Citrus Heights CA 95621-1074
22024930       +Target National Bank,    Attn Bankruptcy Dept,    P O Box 673,    Minneapolis MN 55440-0673
22024932       +USCB America,    PO Box 74929,    Los Angeles CA 90004-0929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: tidewaterlegalebn@twcs.com Mar 02 2017 03:19:31      Stacey L. Jones,
                 PO Box 13306,    Chesapeake, VA 23325-0306
tr              E-mail/Text: 2dougwhatley@gmail.com Mar 02 2017 03:20:03      Douglas M. Whatley,    PO Box 538,
                 Folsom, CA   95763-0538
cr              E-mail/Text: tidewaterlegalebn@twcs.com Mar 02 2017 03:19:31      Tidewater Finance Company,
                 c/o Stacey L. Jones,    PO Box 13306,    Chesapeake, VA   23325
22024921       +E-mail/Text: creditonebknotifications@resurgent.com Mar 02 2017 03:19:22      Credit One Bank,
                 PO Box 98873,    Las Vegas NV 89193-8873
22024923       +E-mail/Text: bankruptcy@golden1.com Mar 02 2017 03:20:43      Golden 1 Credit Union,
                 Attn Bankruptcy Department,    P O Box 15966,    Sacramento CA 95852-0966
22024926       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2017 03:13:11      LVNV Funding,
                 PO Box 10497,    Greenville SC 29603-0497
22024931        E-mail/Text: tidewaterlegalebn@twcs.com Mar 02 2017 03:19:31      Tidewater Credit Services,
                 6520 Indian River Road,    Virginia Beach VA 23464
22025820        E-mail/Text: tidewaterlegalebn@twcs.com Mar 02 2017 03:19:31      Tidewater Finance Company,
                 PO Box 13306,    Chesapeake, VA 23325
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

FORM L30 Notice of Filing Report of No Distribution Combined with Order Fixing Deadline to Object ThereTo  (v.8.14)    17–20504 – D – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

| Case Number: 17–20504 – D – 7 | Last Day to File an Objection: 03/31/2017 |
|---|---|

**Debtor Name(s) and Address(es):**
Rae Ann Bower
235 Earl Avenue
Roseville, CA 95678

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Rae Ann Shaw
Rae Ann Sturdivant

**Trustee:** Douglas M. Whatley
PO Box 538
Folsom, CA 95763–0538

**Telephone Number:** (916) 358–9345

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:**   The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**   Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:
3/1/17

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.