```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                                    Case No. 17-20504-D
Rae Ann Bower                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-2          User: admin              Page 1 of 1              Date Rcvd: May 05, 2017
                              Form ID: L51             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2017.
　NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: 2dougwhatley@gmail.com May 06 2017 01:20:55      Douglas M. Whatley,   PO Box 538,
                Folsom, CA   95763-0538
                                                                                                     TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2017 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

FORM L51 Final Decree (v.9.14)

17–20504 – D – 7

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE

**Case Number:**   17–20504 – D – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Rae Ann Bower
xxx–xx–1308

235 Earl Avenue
Roseville, CA 95678

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Rae Ann Shaw
Rae Ann Sturdivant

**Trustee:**        Douglas M. Whatley
                    PO Box 538
                    Folsom, CA 95763–0538

**Telephone Number:**        (916) 358–9345

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
5/5/17

For the Court,
Wayne Blackwelder , Clerk